UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

MAY 16 2019

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. S3-4:18 CR 586 RWS |
| ) | |
| SIRLUV BOYD, ) | |
| ) | |
| Defendant. ) | |

## THIRD SUPERSEDING INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about May 22, 2018, in Saint Louis County, within the Eastern District of Missouri,

**SIRLUV BOYD,**

the Defendant herein, knowing he had been convicted previously in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess a firearm which previously traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

### COUNT TWO

The Grand Jury further charges that:

On or about November 13, 2018, in the City of St. Louis, within the Eastern District of Missouri,

**SIRLUV BOYD,**

the Defendant herein, knowing he had been convicted previously in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess a firearm which previously traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT THREE

The Grand Jury further charges that:

On or about November 13 2018, in the City of St. Louis, within the Eastern District of Missouri,

**SIRLUV BOYD,**

the Defendant herein, did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectible amount of N-phenyl-N[1-(2)-(phenylethyl)-4-piperodinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR

The Grand Jury further charges that:

On or about November 13 2018, in the City of St. Louis, within the Eastern District of Missouri,

**SIRLUV BOYD,**

the Defendant herein, did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectible amount of cocaine base (crack), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FIVE

The Grand Jury further charges that:

On or about November 13, 2018, in the City of St. Louis, within the Eastern District of Missouri,

**SIRLUV BOYD,**

the Defendant herein, did knowingly and intentionally possess a firearm in furtherance of the drug trafficking crime named in Counts Three and Four of this Indictment.

In violation of Title 18, United States Code, Section 924(c).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
RODNEY H. HOLMES, #6244551IL
Assistant United States Attorney